74 December 24, 2025 No. 1116

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOSE FERNANDO SOLIS,
*Defendant-Appellant.*

Malheur County Circuit Court
17CR75390; A185836

Erin K. Landis, Judge.

Submitted November 14, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Anna R. Johnson, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Lauren P. Robertson, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

Defendant appeals a judgment revoking his probation. After pleading guilty, defendant was sentenced to probation on convictions for second-degree arson and two counts of recklessly endangering another person. Defendant violated his probation on multiple occasions. His probation was revoked. After revoking defendant's probation, the trial court sentenced defendant to 120 days in county jail on the arson charge, with 24 months of post-prison supervision (PPS) and 120 days in jail on the reckless endangerment charges, to run concurrently with the arson sentence. The court also continued defendant's restitution obligation and vacated all other fines. Appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B, *see* ORAP 5.90(1)(b). We affirm.[1]

Having reviewed the record, including the trial court files, the transcript of the hearings, and the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, we have identified no arguably meritorious issues in either case. *See* ORS 138.105.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.